AIR CONDITIONING TRAINING CORPORATION, Respondent, *v.* JAMES DI MARZIO, Appellant.

Supreme Court, Appellate Term, First Department, January 8, 1948.

*F. J. Mercurio* for appellant.

*Bernard J. Epstein* for respondent.

MEMORANDUM *Per Curiam.* It was a substitution of a new party to change the title from that of the individuals who brought the action allegedly as copartners under a trade name to that of a corporation of the same name. Defendant's objection that

this was not a correction but required the commencement of a new action should have been upheld particularly as the corporation was of Ohio and the individuals were residents of New York.

The judgment should be reversed, with $30 costs, and complaint dismissed, with costs, without prejudice to the plaintiff Ohio corporation instituting its action by way of service of summons.

HAMMER, HOFSTADTER and EDER, JJ., concur.

Judgment reversed, etc.